Tracy Ray Gibson #1436824
Stiles Unit
3060 FM 3514                   68,962.04,05.00
Beaumont, Tx. 77705

Friday, March 5th, 2015                    F14962-2007-D
                              Re: "    "3-2007-A
                                      "4-2007-A

Dear Clerk of Court Abel Acosta
     Court of Criminal Appeals
     P.O. Box 12308, Capital Station
     Austin, Tx. 78711              ,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

     Enclosed you will find an original copy of my
"Response" to my trial courts' (145th Superior Dist.)
order to deny writ habeas corpus §11.07.
          If you have any questions or comments or
instructions from this honorable court please
send them to me at the address above. Thanks

                              Sincerely,

                              Tracy Ray Gibson
                              _____
                              Tracy Ray Gibson

# In the Criminal Court of Appeals

## In the City of Austin

## State of Texas

TRACY RAY GIBSON #1436824
Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705
    (Pro se Petitioner)

    §
    §
    §
    §
    §

Cause No(s):

    F14962-2007-D
    F14963-2007-A
    F14964-2007-A

-v-

Texas Department of Criminal Justice
    State of Texas

## Petitioners Response to Trial Courts Order

## Denving Application for writ of habeas corpus

## with findings of fAct and Conclusion of Law

Now comes Pro se petitioner, Tracy Ray Gibson, ID #1436824; currently in the custody at the Stiles Unit; 3060 FM 3514, Beaumont, Tx 77705. I now present to the honorable Court of Criminal Appeals, my "Response" to the 145th Superior District Court of Nacogdoches County, city of Nacogdoches' order to deny application for writ of habeas corpus § 11.07.

(1)

# HISTORY OF CASE

In accordance to Texas Criminal Code and Procedure Art. 27.02(3) petitioner entered into a plea of guilty to the criminal charges of V.T.C.A. Penal Code §29.03 Aggravated Robbery with the range of punishment V.T.C.A. §12.32 5-99 years, first degree, felony; accepted a plea bargain for 20 years and admonished by the 145th Superior District Court, honorable Judge Campbell Cox II, presiding; with court-appointed attorney, Mr. Gene Caldwell, on May 2ND, 2007. Mr. Gibson, was entered into Texas Department of Criminal Justice-Institutional Division as of June, 2007.

Mr. Gibson, filed his first state writ of habeas corpus §11.07 sometime between June, 2007, to August, 2007; on the grounds of 1) defective indictment 2) ineffective assistance of counsel and 3) deadly weapon finding. The 145th Superior District Courts' response to, Mr. Gibsons', §11.07 filed a NMNC Pro tunc motion in attempt to correct the defective indictment by changing the criminal charges from §29.03 Agg. Robbery to the lesser included offense

of §29.02 Robbery, to which gives another range of punishment V.T.C.A. §12.33 2ND degree felony to serve no less than 2 years and not to exceed the maximum of 20 years. The new trial court order was filed on October 15th, 2007. Also the trial court filed it's first order denying applicants state writ of habeas corpus §11.07. The trial court did not forward it's post-conviction court order to Mr. Gibson, his court-appointed attorney; or even to the TDCJ- Records division until (5) five years after the fact in December, 2012.

Mr. Gibson, was contacted by STATE Counsel For Offenders Appellate Attorney; Mrs. Kaylie Elworth, who initiated a legal "phone-call" managed by the McConnell Unit, institutional law librarian, Mr. Martinez. During the private conference, Mrs. Elworth, advised me that the trial court utilized an improper remedy; nunc pro tunc. I asked her about the statute of limitations the trial court has to reindict me and she failed to respond.

I began to receive parole interviews after

(3)

TDCJ- Records Division recalculated my Parole eligibility in accordance to V.T.C.A. §508.149. My Parole interviews are accordingly: January, 2013; February, 2014; February, 2015. Between 2013-2015 Mc. Gibson, earned Promotions in security class releasing him from Ad/Seg status to G-4 medium custody with his Line Class 1.

## FINDINGS OF FACT

The court-appointed attorney, Mr. Gene W. Caldwell, who never reviewed the indictment, and not give effective assistance of counsel by allowing, Mr. Gibson, to enter into a plea-bargain unintelligently or unknowingly based on a defective indictment. Mr. Gibson, alleges the trial court to be in the following errors:

1. filed the improper remedy; Nunc Pro tunc, that can only correct "clerical errors" and not "judicial errors", when the proper remedy would have been to reindict, Mr. Gibson.

2. trial court had proper notification and it was appropriately brought to it's attention (§ 11.07) of the defective voidable indictment in, 2007.

(4)

3. trial court failed to contact the court appointed-attorney, Mr. Caldwell, TDCJ-Records Division, and, Mr. Gibson, until December, 2012, which was five years after the fact. TDCJ-Records Division showed recent "Time-Slips" updating, Mr. Gibsons', legal status for parole eligibility.

4. trial court exceeded it's jurisdictional powers and authority when the statute of limitations expired in accordance to Texas Criminal Code Procedure (T.C.C.P.) Art. 12.01 (4) (A)...

"defendant can be reindicted 5 years from the date of the commission of the offense;
(A) Theft or Robbery.

5. the trial courts actions breached the plea-bargain agreement and has caused fundamental errors violating, Mr. Gibsons', rights protected to him by the U.S.C.A. 6th and 14th Amend.

## RELIEF / PRAYER

Petitioner, Mr. Gibson, seeks the relief and prayer permitted jurisdiction by the Criminal Court of Appeals to reverse and remand his conviction

(5)

back to his trial court, 145th Superior District Court, Nacogdoches County, city of Nacogdoches, state of Texas 75961. Mr. Gibson, further requests any other unnamed remedies that will afford/award him a <u>re-sentencing hearing</u> in his trial court.

<u>Inmate Declaration / Certificate of Service</u>

I, Tracy Ray Gibson #1436824, declare under penalty of perjury that all the foregoing contents and information are true and correct to my faith and belief.

By utilizing the United States Postal Service a true exact copy is being mailed to: Criminal Court of Appeals, P.O. Box 12308 Capital Station, Austin, Tx. 78711 and a complimentary copy is being mailed to: 145th Superior District Court, 101 W. Main St. Room 120, Nacogdoches, Tx. 75961.

Executed by me on this, 2ND day of March, 2015.

<u>Tracy Ray Gibson</u> 3-2-15
Print Name

<u>Tracy Ray Gibson</u> 3-2-15
Signature

(6)